IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03680-GPG

MICHAEL LAWRENCE,
Plaintiff,

v.

SOUTH SUBURBAN PARKS AND RECREATION DISTRICT,
Defendant.

---

**STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

---

The parties, Michael Lawrence acting *pro se* and the South Suburban Parks and Recreation District, through its attorney, Ashley Hernandez-Schlagel, Esq., hereby stipulate and agree to the dismissal of this lawsuit, with prejudice, each party being responsible for their own fees and costs as the parties were able to reach a mutually agreeable resolution of this matter. As a result, the parties request any pending deadlines, obligations and/or appearances be vacated. A proposed confirming Order is being provided, and once issued this lawsuit should be deemed concluded and the court file closed.

Respectfully submitted this 6th day of February, 2020.

*Michael Lawrence*
Michael Lawrence, *pro se*
8330 E. Quincy Ave., Apt. H209
Denver, CO 80237
mlawrencellc@msn.com

-AND-

/s/ *Ashley Hernandez-Schlagel*
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
Attorneys for South Suburban Parks and Recreation District

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2020, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Michael Lawrence
8330 E Quincy Ave, Apt H209
Denver, CO 80237
Tel. 720-231-2023
Email: mlawrencellc@msn.com
*Pro se Plaintiff*

/s/ *Ashley Hernandez-Schlagel*
Ashley Hernandez-Schlagel
Attorney for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Facsimile: (303) 757-5106
ASchlagel@ndm-law.com